# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2012

Robert P. Young, Jr.,
Chief Justice

144350-1

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

RONALD W. LECH II,
      Plaintiff/Counter-Defendant/Appellee,

v

HUNTMORE ESTATES CONDOMINIUM
ASSOCIATION,
      Defendant/Counter-Plaintiff/Appellant,

and

JACOBSON ORE CREEK LAND
DEVELOPMENT, L.L.C. and SCOTT R.
JACOBSON, d/b/a S.R. JACOBSON LAND
DEVELOPMENT, L.L.C.,
      Defendants-Appellees.

SC: 144350-1
COA: 296489; 297196
Livingston CC: 08-024045-CH

_____

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2012

Clerk

h0613